IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 23-CR-30098-DWD |
| ) | |
| BILLY SEALS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM & ORDER

**DUGAN, District Judge:**

On February 14, 2025, the Government filed a motion asking the Court to issue a no-contact order to Defendant Billy Seals. (Doc. 101). At the motion hearing on February 2, 2025, defense counsel indicated he has no objection to the motion. (Doc. 103). Accordingly, the motion is **GRANTED** without objection. Defendant Seals is **ORDERED** not to contact, directly or indirectly, any victim or witness in this case. The Court trusts that defense counsel will promptly notify his client of the Court's Order and provide appropriate instructions to his client.

**SO ORDERED.**

Dated: February 20, 2025

/s *David W. Dugan*
_____
DAVID W. DUGAN
United States District Judge